# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2410 Disciplinary Docket No. 3 |
| | : | |
| LOUIS FRANCIS CAPUTO | : | No. 140 DB 2017 |
| | : | |
| | : | Attorney Registration No. 93175 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2019, on certification by the Disciplinary Board that Louis Francis Caputo, who was suspended on consent for a period of one year, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, Louis Francis Caputo is reinstated to active status.